# United States District Court
## District of Connecticut
### 450 MAIN STREET
### HARTFORD, CONNECTICUT 06103-9998

CHAMBERS OF
**ROBERT N. CHATIGNY**
CHIEF JUDGE

(860) 240-3659

July 26, 2006

Hon. Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Judge Smith,

In response to your letter dated July 20, the following corrections can be made to my calendar year 2005 filing:

Part VII, page 1, line 2:  Code "A" in Column B(1) should be removed,

Part VII, page 1, line 8: "Bernstein" is the financial institution's name,

Part VII, transaction dates to be added as follows:

page 1, line 9: 1/31, 9/13 and 12/2

line 18: 4/26 and 12/6

page 2, line 21: 6/17 and 11/23

line 29: 1/27 and 6/28

page 4, line 60: 7/13 and 11/8

In addition to the above, page 9, line 147, should reflect the dates 7/13 and 8/18.

Thank you for your assistance.

Very truly yours,

Robert N. Chatigny

RECEIVED 2006 AUG -2 A 10: 56 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Chatigny, Robert N | 2. Court or Organization<br>U.S. District of Connecticut | 3. Date of Report<br>5/10/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>District Judge (Active) | 5. ReportType (check appropriate type)<br>○ Nomination, Date 8/5/1994<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br>U.S. District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary and Director | ███ U.S.A., Inc. |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 15 12 22 PM '06 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2005 | ▓▓▓▓▓▓▓▓Teacher |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Tumble Brook Country Club | Partial reduction/annual fees | $4,478 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America Checking Acct. | A | Interest | J | T | | | | | |
| 2. ▆▆▆U.S.A., Inc. Shares | A | None | K | W | | | | | |
| 3. ▆▆Groves | | None | J | W | | | | | |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Buy | Var. | J | | |
| 10. Stock - Chubb Corp. | A | Dividend | J | T | | | | | |
| 11. Stock - American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 12. Stock - Supervalu Inc. | A | Dividend | J | T | Pt. Sale | 10/17 | J | A | |
| 13. Stock - V F Corp. | A | Dividend | | | Sell | 6/6 | J | A | |
| 14. Stock - Meadwestvaco Corp. | A | Dividend | | | Sell | 7/8 | J | A | |
| 15. Bernstein International Value Portfolio II | A | Dividend | M | T | | | | | |
| 16. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 17. Arrow Electronics Inc. | | None | J | T | | | | | |
| 18. Bernstein Diversified Municipal Portfolio | C | Dividend | M | T | Buy | Var. | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Stock - FNMA | A | Dividend | J | T | Buy | 8/19 | J | | |
| 20. Stock - Supervalu Inc | A | Dividend | J | T | | | | | |
| 21. Stock - Avnet Inc | | None | | | Sell | Var. | J | A | |
| 22. Bernstein Custodian Cash | A | Interest | J | T | | | | | |
| 23. Connecticut State GO College Savings Plan | A | Interest | J | T | | | | | |
| 24. Bernstein International Value Portfolio | A | Dividend | M | T | Buy | 12/7 | J | | |
| 25. Horse - 15% Ownership | | None | J | W | | | | | |
| 26. Bernstein Tax Managed International Value Portfolio | A | Dividend | K | T | | | | | |
| 27. Federated Dept. Stores | A | Dividend | | | Sell | 7/12 | J | A | |
| 28. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | K | T | | | | | |
| 29. Bernstein Short Dur DVSD Municipal Portfolio | D | Dividend | M | T | Pt. Sale | Var. | J | A | |
| 30. Bank One Corp | | None | | | Sell | 1/17 | J | A | |
| 31. American Electric Power | A | Dividend | | | Sell | 8/2 | J | A | |
| 32. Wisconsin Energy Corp | A | Dividend | J | T | | | | | |
| 33. Norfolk Southern Corp | A | Dividend | J | T | Pt. Sale | 5/10 | J | A | |
| 34. Occidental Petroleum | A | Dividend | J | T | Pt. Sale | Var. | J | A | 2/23, 9/8 |
| 35. Wisconsin Energy | A | Dividend | J | T | | | | | |
| 36. Tech Data Corp | | None | J | T | Pt. Sale | 9/13 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bernstein Tax Managed International Portfolio | A | Dividend | L | T | | | | | |
| 38. Bank of America Checking Acct | | None | J | T | | | | | |
| 39. Stock - Conoco Phillips | A | Dividend | J | T | Pt. Sale | 12/18 | J | A | |
| 40. Stock - Conoco Phillips | A | Dividend | J | T | Pt. Sale | 9/8 | J | A | |
| 41. Occidental Petroleum Corp-Del | A | Dividend | J | T | Pt. Sale | 11/23 | J | A | |
| 42. Arrow Electronics Inc | | None | J | T | Pt. Sale | 11/23 | J | A | |
| 43. Burlington Northern Santa Fe | A | Dividend | J | T | Pt. Sale | 5/5 | J | A | |
| 44. Simsbury Bank - Checking Account | A | Interest | J | T | | | | | |
| 45. Stock - National City Corp. | A | Dividend | J | T | | | | | |
| 46. Stock - Torchmark Corp. | A | Dividend | | | Sell | Var. | J | A | 4/15, 12/17 |
| 47. Stock - Wachovia Corp. 2nd New | A | Dividend | J | T | | | | | |
| 48. Stock - Pfizer Inc. | | None | | | Sell | 1/18 | J | A | |
| 49. Stock - Lear Corp. | A | Dividend | J | T | | | | | |
| 50. Stock - Hewlett Packard Co. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/13, 11/8 |
| 51. Stock - Ingram Micro Inc. | | None | | | Sell | 9/8 | J | A | |
| 52. Stock - Nortel Networks Corp. | | None | | | Sell | 9/13 | J | A | |
| 53. Stock - Solectron Corp. | | None | J | T | | | | | |
| 54. Stock - Tellabs Inc. | | None | J | T | Pt. Sale | 9/14 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Stock - Chubb Corp. | A | Dividend | J | T | Pt. Sale | 11/23 | J | A | |
| 56. Stock - Constellation Energy | A | Dividend | J | T | | | | | |
| 57. Stock - Entergy Corp. | A | Dividend | J | T | Pt. Sale | 8/1 | J | A | |
| 58. Stock - Parker-Hannifin Corp. | A | Dividend | | | Sell | 2/25 | J | A | |
| 59. Stock - Tellabs Inc. | | None | J | T | Pt. Sale | 12/7 | J | A | |
| 60. Stock - Hewlett Packard | A | Dividend | J | T | Pt. Sale | Var. | J | A | |
| 61. Stock - FNMA | A | Dividend | J | T | | | | | |
| 62. Stock - Allstate Corp. | A | Dividend | J | T | | | | | |
| 63. Stock - St. Paul Companies Inc. | A | Dividend | J | T | | | | | |
| 64. Stock - Sprint Nextel Corp. | A | Dividend | J | T | | | | | Formerly Sprint Corp. |
| 65. Stock - Glaxo PLC | A | Dividend | | | Sell | 4/4 | J | A | |
| 66. Stock - Cooper Industries | A | Dividend | J | T | | | | | |
| 67. Stock - Burlington Northern Santa Fe | A | Dividend | | | Sell | Var. | J | A | 5/5, 12/1 |
| 68. Stock - Renaissancere Holdings | A | Dividend | J | T | Buy | 8/30 | J | | |
| 69. Stock - Citigroup Inc. | A | Dividend | J | T | | | | | |
| 70. Stock - Entergy Corp. | A | Dividend | J | T | | | | | |
| 71. Stock - Comcast Corp. | | None | J | T | | | | | |
| 72. Stock - Kroger Co. | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Stock - Safeway Inc. | A | Dividend | J | T | | | | | |
| 74. Stock - Pepsico | A | Dividend | J | T | | | | | |
| 75. Stock - General Electric | A | Dividend | J | T | Pt. Sale | 11/23 | J | A | |
| 76. Stock - Flextronics International | | None | J | T | | | | | |
| 77. Stock - Sanmina Corp. | | None | J | T | | | | | |
| 78. Stock - BP Amoco | A | Dividend | J | T | Pt. Sale | 10/19 | J | A | Fonnerly Amoco |
| 79. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Buy | 8/18 | J | | |
| 80. Stock - St. Paul Companies Inc. | A | Dividend | J | T | | | | | |
| 81. Stock - Lehman Brothers Holdings | A | Dividend | | | Sell | 8/31 | J | A | |
| 82. Stock - Citigroup | A | Dividend | J | T | | | | | |
| 83. Stock - Wachovia Corp. 2nd | A | Dividend | J | T | | | | | |
| 84. Stock - Sprint Nextel Corp. | A | Dividend | J | T | | | | | Fonnerly Sprint Corp. |
| 85. Stock - Sempra Energy | A | Dividend | | | Sell | 5/27 | J | A | |
| 86. Stock - Comcast Corp. | | None | J | T | | | | | |
| 87. Stock - Glaxo | A | Dividend | | | Sell | 4/4 | J | A | |
| 88. Stock - Pfizer | | None | | | Sell | 1/18 | J | A | |
| 89. Stock - Pepsico | A | Dividend | J | T | | | | | |
| 90. Stock - Cooper Industries | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Stock - General Electric | A | Dividend | J | T | | | | | |
| 92. Stock - Flextronics International | | None | J | T | | | | | |
| 93. Stock - Solectron Corp. | | None | J | T | | | | | |
| 94. Stock - BP Amoco | A | Dividend | J | T | | | | | |
| 95. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Pt. Sale | 3/28 | J | A | |
| 96. Stock - National City Corp. | | None | J | T | Pt. Sale | 8/1 | J | A | |
| 97. Stock - Suntrust Banks Inc. | A | Dividend | | | Sell | 11/23 | J | A | |
| 98. Stock - Time Warner Inc. | | None | J | T | | | | | |
| 99. Stock - MedcoHealth Solutions | | None | J | T | Pt. Sale | 10/28 | J | A | |
| 100. Stock - HCA Healthcare Co. | A | Dividend | J | T | | | | | |
| 101. Stock - Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 102. Stock - Unilever | A | Dividend | J | T | | | | | |
| 103. Stock - McDonalds Corp. | A | Dividend | J | T | | | | | |
| 104. Stock - Jones Apparel Group Inc. | A | Dividend | J | T | | | | | |
| 105. Stock - Target Corp. | A | Dividend | J | T | Buy | 2/1 | J | | |
| 106. Stock - Magna Intl | A | Dividend | J | T | Pt. Sale | 11/23 | J | A | |
| 107. Stock - Textron Inc. | A | Dividend | J | T | | | | | |
| 108. Stock - Boeing Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporti ng | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109.  Stock- Microsoft Corp. | A | Dividend | J | T | | | | | |
| 110.  Stock - CSX Corp. | A | Dividend | J | T | Pt. Sale | 7/27 | J | A | |
| 111.  Stock - ChevronTexaco Corp. | A | Dividend | J | T | Pt. Sale | 11/23 | J | A | |
| 112.  Stock - Martin Marietta Materials Inc. | A | Dividend | | | Sell | Var. | J | A | 10/12, 11/30 |
| 113.  Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Buy | 5/6 | J | | |
| 114.  Stock - Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 115.  Stock - Amer International Group | A | Dividend | J | T | | | | | |
| 116.  Stock - Hartford Financial Services | A | Dividend | J | T | | | | | |
| 117.  Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Pt. Sale | 3/28 | J | A | |
| 118.  Stock - Suntrust Banks Inc. | A | Dividend | J | T | | | | | |
| 119.  Stock - Time Warner Inc. | A | Dividend | J | T | | | | | |
| 120.  Stock - MedcoHealth Solutions | | None | J | T | Pt. Sale | 10/28 | J | A | |
| 121.  Stock - HCA Healthcare | A | Dividend | J | T | | | | | |
| 122.  Stock - Procter & Gamble | A | Dividend | J | T | | | | | |
| 123.  Stock - Unilever | A | Dividend | J | T | | | | | |
| 124.  Stock - McDonalds Corp. | A | Dividend | J | T | | | | | |
| 125.  Stock - Jones Apparel Group | A | Dividend | J | T | | | | | |
| 126.  Stock - Borg Warner Automotive | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Stock - Office Depot | | None | J | T | | | | | |
| 128. Stock - Target Corp. | A | Dividend | J | T | | | | | |
| 129. Stock - Textron Inc. | A | Dividend | J | T | Pt. Sale | 12/13 | J | A | |
| 130. Stock - Boeing Inc. | A | Dividend | J | T | | | | | |
| 131. Stock - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 132. Stock - ChevronTexaco | A | Dividend | J | T | | | | | |
| 133. Stock - Merrill Lynch Co. Inc. | A | Dividend | J | T | Buy | 8/18 | J | | |
| 134. Stock - Interpublic Group of COS, Inc. | | None | J | T | Buy | 2/17 | J | | |
| 135. Stock - Eli Lilly & Co. | A | Dividend | J | T | Buy | 2/17 | J | | |
| 136. Stock - Safeway Inc. | | None | J | T | Buy | 12/6 | J | | |
| 137. Stock - Toyota Motor Corp. | | None | J | T | Buy | 12/15 | J | | |
| 138. Stock - Office Depot Inc. | | None | J | T | Buy | 8/18 | J | | |
| 139. Stock - Northrup Corp. | | None | J | T | Buy | 12/14 | J | | |
| 140. Stock - B F Goodrich Co. | | None | J | T | Buy | 3/8 | J | | |
| 141. Stock - Intel Corp. | | None | J | T | Buy | 8/18 | J | | |
| 142. Stock - Electronic Data Systems Corp. | A | Dividend | J | T | Buy | 4/29 | J | | |
| 143. Stock - Ensco International Inc. | A | Dividend | J | T | Buy | 6/14 | J | | |
| 144. Stock - Global Santa Fe Corp. | | None | J | T | Buy | 4/26 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Stock - Noble Corp. | A | Dividend | J | T | Buy | 4/26 | J | | |
| 146. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 6/16 | J | | |
| 147. Stock - Merrill Lunch & Co. Inc. | A | Dividend | J | T | Buy | Var. | J | | |
| 148. Stock - Genworth Financial Inc. | | None | J | T | Buy | 9/13 | J | | |
| 149. Stock - Interpublic Group of Cos Inc. | | None | J | T | Buy | 2/17 | J | | |
| 150. Stock - Eli Lilly & Co. | A | Dividend | J | T | Buy | 7/13 | J | | |
| 151. Stock - Merck & Co. Inc. | | None | J | T | Buy | 9/15 | J | | |
| 152. Stock - Clorox Company | A | Dividend | J | T | Buy | 9/13 | J | | |
| 153. Stock - Toyota Motor Corp. | | None | J | T | Buy | 12/15 | J | | |
| 154. Stock - Hubbell Inc. | A | Dividend | J | T | Buy | 2/9 | J | | |
| 155. Stock - Northrop Corp. | | None | J | T | Buy | 12/14 | J | | |
| 156. Stock - B F Goodrich Co. | A | Dividend | J | T | Buy | 3/24 | J | | |
| 157. Stock - ADC Telecommunications | | None | J | T | Buy | 9/15 | J | | |
| 158. Stock - Intel Corp. | A | Dividend | J | T | Buy | Var. | J | | 8/18, 10/17 |
| 159. Stock - Electronic Data Systems Corp. | A | Dividend | J | T | Buy | 4/5 | J | | |
| 160. Stock - CSX Corp. (X) | A | Dividend | J | T | | | | | |
| 161. Stock - Norfolk Southern Corp. (X) | A | Dividend | J | T | | | | | |
| 162. Stock - Ensco International Inc. | A | Dividend | J | T | Buy | 6/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 163. Stock - Global Santa Fe Corp. | A | Dividend | J | T | Buy | 4/26 | J | | |
| 164. Stock - Noble Corp. | A | Dividend | J | T | Buy | Var. | J | | 5/12, 10/20 |
| 165. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Buy | Var. | J | | 6/16, 7/29,<br>10/26 |
| 166. Stock - Lehman Brothers Holdings Inc. | A | Dividend | | | Buy/Sell | Var. | J | A | 5/25, 8/31 |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I. Positions. ███████ U.S.A., Inc. is a Subchapter S Corporation wholly-owned and operated by ██████ The company publishes and distributes educational picture cards.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544